No. 77–5421.  KROHN ET UX. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 76–1827.  HAIM v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari.